**Patricia ST. CLAIR, as personal representative of the estate of John St. Clair, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; Consolidation Coal Company, Respondents.**

**Consolidation Coal Company, Petitioner,**

**Director, Office of Workers' Compensation Programs, Party-in-interest,**

v.

**Patricia St. Clair, as personal representative of the estate of John St. Clair, Respondent.**

**Nos. 06–1485, 06–1628.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2006.

Decided: Jan. 18, 2007.

Patricia St. Clair, Petitioner/Cross–Respondent Pro Se. Patricia May Nece, Barry H. Joyner, United States Department of Labor, Washington, D.C., for Respondent Director. William Steele Mattingly, Ashley M. Harman, Jackson & Kelly, PLLC, Morgantown, West Virginia, for Respondent/Cross–Petitioner Consolidation Coal Company.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 06–1485, claimant seeks review of the Benefits Review Board's ("Board") decision and order affirming the administrative law judge's ("ALJ") denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). In No. 06–1628, Consolidation Coal Company cross-petitions for review of the Board's affirmance of the ALJ's conclusion that St. Clair's claim for benefits was timely filed. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *St. Clair v. Director, OWCP,* No. 05–548–BLA (B.R.B. Mar. 28, 2006). We deny St. Clair's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*